**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANIE HILTON,**

        **Plaintiff,**

**-vs-**          **Case No. 6:09-cv-1492-Orl-28DAB**

**EPSILON OMICRON HOUSE**
**CORPORATION OF KAPPA DELTA**
**SORORITY, INC.,**

        **Defendants.**
_____

# ORDER

This case is before the Court on the Joint Amended Motion to Approve Settlement (Doc. No. 26) filed July 22, 2010. The United States Magistrate Judge has submitted a report (Doc. 27) recommending that the motion be granted.[1]

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection Regarding Report & Recommendation (Doc. 28), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

---

[1] United States Magistrate Judge Baker filed an earlier Report and Recommendation (Doc. 25) on the parties' first motion to approve settlement (Doc. 24) which recommended it be denied. The parties subsequently filed their amended motion which is the motion presently before the Court. The subsequent Report and Recommendation (Doc. 27) vacated the prior Report and Recommendation (Doc. 25). Accordingly, the motion filed at docket entry 24 is denied as moot and the Clerk is directed to terminate both the Motion filed at docket entry 24 and the Report and Recommendation filed at docket entry 25.

1. That the Report and Recommendation filed July 28, 2010 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Amended Motion to Approve Settlement (Doc. No. 26) is **GRANTED**.

3. The Court finds that the settlement entered into between the parties is a fair and reasonable resolution of a bona fide Fair Labor Standard Act dispute.

4. This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___11th___ day of August, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge